IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL WILLIAMS, #113338,** | : |
| Plaintiff, | : |
| vs. | :     **CIVIL ACTION 10-0575-CG-C** |
| **ALLEN K. VALAER, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915 (e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**DONE and ORDERED** this 20th day of April, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE